**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy             4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Triangle Petroleum Corporation |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 98-0430762 |

| 4. | Debtor's address | **Principal place of business**<br><br>100 Fillmore St., 5th Floor,<br>Denver, Colorado 80206<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | http://www.trianglepetroleum.com/ |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **Triangle Petroleum Corporation**   Case number (*if known*) _____
         Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **4861**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ A plan is being filed with this petition.
     - ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☒ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | _____ | When | _____ | Case number | _____ |
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  **See Attachment A to Voluntary Petition**   Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **Triangle Petroleum Corporation**    Case number (*if known*)
      Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Triangle Petroleum Corporation**  Case number (*if known*) _____
      Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/08/2019**
               MM / DD / YYYY

X _/s/ Ryan D. McGee_             **Ryan D. McGee**
  Signature of authorized representative of debtor      Printed name

Title  **Chief Executive Officer**

---

**18. Signature of attorney**

X _/s/ Andrew L. Magaziner_       Date **05/08/2019**
  Signature of attorney for debtor                        MM / DD / YYYY

**Andrew L. Magaziner**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, Delaware 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**    Email address  **AMagaziner@ycst.com**

**5426 (DE)**
Bar number and State

## ATTACHMENT A TO VOLUNTARY PETITION

As of the date hereof, each of the below-listed affiliates of the Debtor is a debtor and debtor in possession in a voluntary chapter 11 case pending before the United States Bankruptcy Court for the District of Delaware (collectively, the "Affiliate Cases"). The Debtor will not be requesting to have its chapter 11 case jointly administered with the Affiliate Cases.

| Debtor | Case Number | Filing Date | Relationship to Debtor |
|---|---|---|---|
| Ranger Fabrication, LLC | 16-11570 (MFW) | 6/30/2016 | Subsidiary |
| Ranger Fabrication Management Holdings, LLC | 16-1159 (MFW) | 6/30/2016 | Subsidiary |
| Ranger Fabrication Management, LLC | 16-11565 (MFW) | 6/30/2016 | Subsidiary |

**TRIANGLE PETROLEUM CORPORATION**
**UNANIMOUS WRITTEN CONSENT OF DIRECTORS**
**IN LIEU OF A SPECIAL MEETING**

**May 8, 2019**

The undersigned, being all of the members of the Board of Directors (the "Board") of Triangle Petroleum Corporation, a Delaware corporation (the "Company"), acting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware and Article III, Section 8 of the Company's Bylaws, hereby adopt, by this written consent, the following resolutions with the same force and effect as if they had been unanimously adopted at a duly convened meeting of the Board and direct that this written consent be filed with the minutes of the proceedings of the Board:

WHEREAS, it has been proposed that the Company effect a restructuring by seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of the Bankruptcy Code; and

WHEREAS, on May 7, 2019, the Company solicited, and has received, votes sufficient to satisfy the requirements of Section 1126(c) of the Bankruptcy Code in favor of the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation, dated May 7, 2019 (as may be amended, restated, supplemented, or otherwise modified from time to time, the "Plan");

**NOW, THEREFORE, BE IT RESOLVED**, based on factors and information deemed relevant to the Board, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition (the "Petition") be filed pursuant to chapter 11 of the Bankruptcy Code on behalf of the Company; and it is

**FURTHER RESOLVED**, that the filing of the Petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that Ryan D. McGee, the Company's Chief Executive Officer, and any other officer of the Company (each, a "Designated Person" and collectively, the "Designated Persons"), be, and each hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as such Designated Person may determine; and it is

**FURTHER RESOLVED**, that the Designated Persons be, and each of them individually hereby is, authorized to (a) execute and file the Petition, the Company's schedule of assets and liabilities, statement of financial affairs, lists, and other papers to take any and all related actions that such Designated Persons may deem necessary or proper in connection with such chapter 11 case; (b) execute, acknowledge, deliver, and verify any and all documents necessary or proper in connection with the Petition and the Plan and to administer the Company's chapter 11 case in such form or forms as such Designated Person may deem

necessary or proper and to effectuate the foregoing resolutions; and (c) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, brokers or other experts as such Designated Person deems necessary or proper to accomplish the purposes of the resolutions; and it is

**FURTHER RESOLVED**, that the Designated Persons be, and each of them individually hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, with full power of delegation, to employ the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, and in connection therewith, each of the Designated Persons is hereby authorized, empowered, and directed, in the name and on behalf of the Company, with full power of delegation, to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Paul, Weiss, Rifkind, Wharton & Garrison LLP; and it is

**FURTHER RESOLVED**, that the Designated Persons be, and each of them individually hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, with full power of delegation, to employ the law firm of Young Conaway Stargatt & Taylor, LLP as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, and in connection therewith, each of the Designated Persons is hereby authorized, empowered, and directed, in the name and on behalf of the Company, with full power of delegation, to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Young Conaway Stargatt & Taylor, LLP; and it is

**FURTHER RESOLVED**, that the Designated Persons be, and each of them individually hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, with full power of delegation, to employ Epiq Corporate Restructuring, LLC as claims, noticing, and solicitation agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, each of the Designated Persons is hereby authorized, empowered, and directed, in the name and on behalf of the Company, with full power of delegation, to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Epiq Corporate Restructuring, LLC; and it is

**FURTHER RESOLVED**, that in connection with the commencement of the chapter 11 case by the Company, the Designated Persons be, and each of them individually hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, and deliver agreements for the use of cash collateral in connection with the Company's chapter 11 case, which agreement(s) may require the Company to acknowledge the debt and liens of existing loans, grant liens, and pay interest to the Company's existing lender(s); and in connection therewith, any Designated Person is hereby authorized and directed to execute and deliver, in the name and on behalf of the Company, appropriate agreements and related ancillary documents; and it is

**FURTHER RESOLVED**, that in connection with the commencement of the chapter 11 case by the Company, the Designated Persons be, and each of them individually hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, and obtain post-petition financing, including under debtor-in-possession credit facilities; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing; and in connection therewith, any Designated Person is hereby authorized and directed to execute and deliver, in the name and on behalf of the Company, appropriate loan agreements and related ancillary documents; and it is

**FURTHER RESOLVED,** that the Designated Persons be, and each of them individually hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, deliver, and perform all such actions and to execute, acknowledge, deliver, and verify, in the name and on behalf of the Company, such agreements, certificates, instruments, guaranties, notices, and any and all other documents as such Designated Person may deem necessary or proper to facilitate the transactions contemplated by these resolutions; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken prior to the date hereof by any Designated Person or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Company's chapter 11 case or any proceedings related thereto, or any matter related thereto, be and hereby are, adopted, approved, ratified, and confirmed in all respects as the acts and deeds of the Company as if such acts and deeds took place after the date of these resolutions.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, this Unanimous Written Consent of Directors in Lieu of a Special Meeting of Triangle Petroleum Corporation is made as of the date first above written.

BOARD OF DIRECTORS:

_____
Gus Halas

_____
James Shein

_____
Randal Matkaluk

IN WITNESS WHEREOF, this Unanimous Written Consent of Directors in Lieu of a Special Meeting of Triangle Petroleum Corporation is made as of the date first above written.

BOARD OF DIRECTORS:

_____
Gus Halas

_____
James Shein

_____
Randal Matkaluk

*Triangle Petroleum – Signature Page to Board Consent (authorizing filing)*

| Debtor Name: Triangle Petroleum Corporation |
|---|
| United States Bankruptcy Court for the District of Delaware |
| Case Number (if known): |

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully secured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral of setoff | Unsecured claim |
| 1 | Nine Point Energy  1200 17th St.  Ste. 2600  Denver, CO 80202 | Nine Point Energy  Phone: 720.697.2111  Email: info@ninepointenergy.com | Professional Services | Disputed | | | $303,509.17 |
| 2 | KPMG  1001 17th St.  Suite 200  Denver, CO 80202 | KPMG  Email: rdennis@kpmg.com | Professional Services | | | | $276,650.00 |
| 3 | Friedman Kaplan Seiler & Adelman LLP  7 Times Square  New York, NY 10036 | Friedman Kaplan Seiler & Adelman LLP  Phone: 212.833.1100  Email: fdaubert@fklaw.com | Professional Services | Disputed | | | $29,648.61 |
| 4 | Plante Moran  1445 Market Street  Suite 300  Denver, CO 80202 | Plante Moran  Email: Leslie.Miranda@plantemoran.com  Fax: 303.740.9009 | Professional Services | Contingent | | | $16,750.00 |
| 5 | Comcast Business  9601 E Panorama Cir.  Englewood, CO 80112 | Comcast Business  Phone: 1.800.262.7300  Email: business_referral_info@cable.comcast.com | Trade Debt | | | | $8,477.92 |

01:24369702.1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully secured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral of setoff | Unsecured claim |
| 6 | Verizon<br>Attn: Verizon Wireless Bankruptcy<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304 | Verizon<br>Fax: 212.517.1897 | Trade Debt | | | | $3,734.64 |
| 7 | Marlin Business Bank<br>2795 E. Cottonwood Pkwy.<br>#120<br>Salt Lake City, UT 84121 | Marlin Business Bank<br>Phone: 1.888.478.1610<br>Email: cvg@marlincapitalsolutions.com | Trade Debt | | | | $2,104.50 |
| 8 | Iron Mountain<br>Attn: Iron Mountain Data Centers, LLC<br>4300 Brighton Blvd.<br>Denver, CO 80202 | Iron Mountain<br>Email: DataCenterBilling@ironmountain.com | Trade Debt | | | | $1,909.47 |
| 9 | Onesource Water<br>4750 South Santa Fe Circle<br>Englewood, CO 80110 | Onesource Water<br>Phone: 1.866.917.7873<br>Email: exportsales@waterlogic.com | Trade Debt | | | | $1,487.72 |
| 10 | Lexis Nexis<br>555 Middlecreek Parkway<br>Colorado Springs, CO 80921 | Lexis Nexis<br>Phone:719.488.3000<br>Fax: 800.437.8674 | Trade Debt | | | | $1,436.58 |
| 11 | Key-Rite Security<br>5570 E Yale Avenue<br>Denver, CO 80222 | Key-Rite Security<br>Phone: 303.759.5013<br>Email: info@key-rite.com | Trade Debt | | | | $1,169.82 |
| 12 | Haynes Mechanical Systems<br>5700 S Quebec Street<br>Suite 210<br>Greenwood Village, CO 80111 | Haynes Mechanical Systems<br>Phone: 303.779.0787<br>Email: info@haynesmechanical.com | Trade Debt | | | | $1,044.28 |
| 13 | Western Wealth Benefits<br>6000 Greenwood Plaza Blvd.<br>Suite 100<br>Greenwood Village, CO 80111 | Western Wealth Benefits<br>Fax: 303.243.5709 | Professional Services | | | | $708.33 |
| 14 | Mood Media (Muzak)<br>2228 1st Ave.<br>Suite 230<br>Seattle, WA 98121 | Mood Media (Muzak)<br>Phone: 1.800.345.5000<br>Email: ARinfo@moodmedia.com | Trade Debt | | | | $211.76 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully secured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral of setoff | Unsecured claim |
| 15 Moss Adams<br>1999 Broadway #4000<br>Denver, CO 80202 | Moss Adams<br>Phone: 303.298.9600<br>Email: Brian.Parmelee@mossadams.com | Professional Services | Unliquidated | | | Unliquidated |
| 16 Transamerica<br>230 W Monroe St.<br>Suite 1150<br>Chicago, IL 60606 | Transamerica<br>Phone: 1.866.498.4557<br>Email: tii.customerservice@transamerica.com | Trade Debt | Unliquidated | | | Unliquidated |
| 17 Regus<br>Fillmore Place<br>100 Fillmore Street<br>5th Floor<br>Denver, CO 80206 | Regus<br>Email: Colorado.CherryCreek@regus.com<br>Fax: 303.385.8401 | Trade Debt | Unliquidated | | | Unliquidated |
| 18 J.P. Morgan Securities LLC<br>Attn: Lawrence J. Kotler, Esq.<br>30 South 17th Street<br>Philadelphia, PA 19103 | J.P. Morgan Securities LLC<br>Email: ljkotler@duanemorris.com<br>Fax: 215.979.1020 | Bank Loan | Contingent, Unliquidated | | | Unliquidated |
| 19 Dominic Spencer<br>918 Arbutus Ct.<br>Golden, CO 80401 | Dominic Spencer<br>Email: dominic.spencer@yahoo.com | Professional Services | Unliquidated, Disputed | | | Unliquidated |
| 20 XO Communications<br>8851 Sandy Pkwy.<br>Sandy, UT 84070 | XO Communications<br>Email: chloe.j.webb@verizon.com | Trade Debt | Unliquidated | | | Unliquidated |
| 21 Continental Stock Transfer & Trust<br>1 State Street<br>30th Floor<br>New York, NY 10004 | Continental Stock Transfer & Trust<br>Email: mvelez@continentalstock.com | Trade Debt | Unliquidated | | | Unliquidated |
| 22 Unlimited Conferencing<br>591 Redwood Highway #5275<br>Mill Valley, CA 94941 | Unlimited Conferencing<br>Email: billing@unlimitedconferencing.com | Trade Debt | Unliquidated | | | Unliquidated |

Debtor Name: Triangle Petroleum Corporation

United States Bankruptcy Court for the District of Delaware

Case Number (if known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2019
            MM / DD / YYYY

X  *Ryan McGee*                                  Ryan D. McGee
Signature of authorized representative of debtor   Printed name

Title   Chief Executive Officer

01:24369702.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIANGLE PETROLEUM CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-_____ (___) |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Ryan D. McGee, declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge, information and belief, as follows:

I am the Chief Executive Officer of Triangle Petroleum Corporation (the "Debtor"). The following entities directly own more than 10% of the equity interests of the Debtor:

| Name | Percentage |
|---|---|
| Cede & Co. | 85.13% |
| ActOil Bakken, LLC | 14.64% |

---

[1] The last four digits of the Debtor's taxpayer identification number are 0762. The Debtor's mailing address is 100 Fillmore Street, 5th Floor, Denver, Colorado 80206.

01:24369702.1

Debtor Name: Triangle Petroleum Corporation

United States Bankruptcy Court for the District of Delaware

Case Number (if known):

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration : Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/08/2019
             MM / DD / YYYY

x  *Ryan D. McGee*                                Ryan D. McGee
   Signature of authorized representative of debtor    Printed name

   Title   Chief Executive Officer

01:24369702.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIANGLE PETROLEUM CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-_____ (___) |

## VERIFIED LIST OF EQUITY SECURITY HOLDERS OF TRIANGLE PETROLEUM CORPORATION, SUBMITTED IN ACCORDANCE WITH RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Ryan D. McGee, the Chief Executive Officer of Triangle Petroleum Corporation (the "Debtor"), hereby certify under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information, and belief, the attached list constitutes a complete and correct list of the equity security holders of the Debtor, as of May 5, 2019.

---

[1] The last four digits of the Debtor's taxpayer identification number are 0762. The Debtor's mailing address is 100 Fillmore Street, 5th Floor, Denver, Colorado 80206.

01:24369702.1

**Triangle Petroleum Corporation**

**Shareholder List as of May 5, 2019**

| Issue | Name | Address | Shares |
|---|---|---|---|
| T572NEW | Mary F. Stephens o/b/o Ellen C. Stephens Trust | Stephens Trust 345 Yerba Buena Ave. San Francisco CA 94127 | 1,000 |
| T572NEW | Actoil Bakken LLC | 730 3rd Ave. New York, NY 10017-3026 | 11,200,000 |
| T572NEW | J. Howard Anderson | 329 38 Ave. SW Calgary, AB T2S 0V7 Canada | 3,240 |
| T572NEW | Kathleen T. Buse | 1142 E. Grove St. West Point, NE 68788 | 300 |
| T572NEW | Cede & Co. | P.O. Box 20 Bowling Green Station New York, NY 10274 | 65,132,144 |
| T572NEW | Luke Ditomas | 19548 W. 60th Ln. Golden, CO 80403-2216 | 4,000 |
| T572NEW | Rebecca Fuller | 925 N. Lincoln St. Apt. 8E Denver, CO 80203-2767 | 667 |
| T572NEW | Peter Hill | 1150 Dimock Ln. Naples, FL 34110-0919 | 60,000 |
| T572NEW | Cleveland B. Holloway Jr. | 1309 Overland Dr. Rock Springs, WY 82901-4567 | 200 |
| T572NEW | Dan Jarvie – Worldwide Geochemistry | 218 Higgins St. Humble, TX 77338-4534 | 10,000 |
| T572NEW | Gregory L. Jimenez | 3829 Pacheco Blvd., Apt. 18, Martinez, CA 94553-2158 | 22 |
| T572NEW | Jim Levy | 354 Wild Willow Dr. El Paso, TX 79922-1841 | 71 |
| T572NEW | Ron Linn | 1021 Osceola Ave. Correctionville, IA 51016-8166 | 300 |
| T572NEW | Randal Matkaluk | 1660 Wynkoop St., Suite 900 Denver, CO 80202-1154 | 45,000 |
| T572NEW | Ryan Dalton McGee | 379 Dahlia St. Denver, CO 80220-5713 | 22,276 |
| T572NEW | Eric J. Ormson & Katherine Troemel Ormson | Ormson Family Trust 14175 W. Braemore Close Libertyville, IL 60048-4621 | 250 |

01:24369702.1

| Issue | Name | Address | Shares |
|---|---|---|---|
| T572NEW | F. Gardner Parker | 1660 Wynkoop St., Suite 900 Denver, CO 80202-1154 | 25,000 |
| T572NEW | Jamel J. Shuler | 345 Classon Ave., Apt. 9F Brooklyn, NY 11205-4307 | 10 |
| T572NEW | Utah & Co. | The Depository Trust Co. 570 Washington Blvd., Fl. 5 Jersey City, NJ 07310-1617 | 100 |
| T572NEW | Marshall Wolf | P.O. Box 730, Stn. A Toronto, ON M5W 1G2 Canada | 1 |

01:24369702.1

Debtor Name: Triangle Petroleum Corporation

United States Bankruptcy Court for the District of Delaware

Case Number (if known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration: Verified List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2019
            MM / DD / YYYY

x  *Ryan D. McGee* (signature)            Ryan D. McGee
Signature of authorized representative of debtor    Printed name

Title   Chief Executive Officer

01:24369702.1