# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIANGLE PETROLEUM CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-11025 (MFW) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 14, 2019 AT 10:30 A.M. (ET)

**RESOLVED MATTERS**

1. Debtor's Motion for Entry of Interim and Final Orders: (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions and (II) Granting Related Relief [D.I. 6; 5/8/19]

    Related Pleadings:

    a) Interim Order [D.I. 26; 5/9/19]

    b) Omnibus Notice of Pleadings and Final Hearing Thereon [D.I. 31; 5/9/19]

    c) Certification of Counsel [D.I. 48; 6/7/19]

    d) Final Order [D.I. 60; 6/10/19]

    Objection Deadline:    May 31, 2019 at 4:00 p.m. (ET)

    Objections/Responses:  None.

    Status:    An order has been entered by the Court. No hearing is necessary.

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Certain Protections to the Prepetition Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [D.I. 11; 5/8/19]

---

[1] The last four digits of the Debtor's taxpayer identification number are 0762. The Debtor's mailing address is 100 Fillmore Street, 5th Floor, Denver, Colorado 80206.

    Related Pleadings:

        a)    Interim Order [D.I. 23; 5/9/19]

        b)    Omnibus Notice of Pleadings and Final Hearing Thereon [D.I. 31; 5/9/19]

        c)    Notice of Filing of Proposed Final Cash Collateral Order [D.I. 42; 5/24/19]

        d)    Certification of Counsel [D.I. 49; 6/7/19]

        e)    Final Order [D.I. 61; 6/10/19]

Objection Deadline:    May 31, 2019 at 4:00 p.m. (ET)

Objections/Responses:    None.

Status:    An order has been entered by the Court. No hearing is necessary.

3. Debtor's Application for an Order Authorizing Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtor and Debtor-in-Possession *Nunc Pro Tunc* to Petition Date [D.I. 37; 5/23/19]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 50; 6/7/19]

        b)    Order [D.I. 59; 6/10/19]

Objection Deadline:    June 6, 2019 at 4:00 p.m. (ET)

Objections/Responses:    None.

Status:    An order has been entered by the Court. No hearing is necessary.

4. Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date [D.I. 38; 5/23/19]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 51; 6/7/19]

        b)    Order [D.I. 62; 6/10/19]

        Objection Deadline:       June 6, 2019 at 4:00 p.m. (ET)

        Objections/Responses:    None.

        Status:    An order has been entered by the Court. No hearing is necessary.

5. Debtor's Application for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Authorizing the Debtor to (A) Retain Development Specialists, Inc. as Restructuring Advisor, (B) Designate Bradley D. Sharp as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date, and (C) to Utilize Additional DSI Personnel [D.I. 39; 5/23/19]

    Related Pleadings:

        a)    Certification of Counsel [D.I. 52; 6/7/19]

        b)    Order [D.I. 58; 6/10/19]

    Objection Deadline:    June 6, 2019 at 4:00 p.m. (ET)

    Objections/Responses:

        c)    Informal Response from the Office of the United States Trustee

    Status:    An order has been entered by the Court. No hearing is necessary.

6. Debtor's Application for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [D.I. 40; 5/23/19]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 53; 6/7/19]

        b)    Order [D.I. 56; 6/10/19]

    Objection Deadline:    June 6, 2019 at 4:00 p.m. (ET)

    Objections/Responses:    None.

    Status:    An order has been entered by the Court. No hearing is necessary.

7. Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 330, and 331 of the Bankruptcy Code, Authorizing the Employment and Payment of Professionals Utilized by the Debtor in the Ordinary Course of Business [D.I. 41; 5/23/19]

    Related Pleadings:

    a) Certification of Counsel [D.I. 54; 6/7/19]

    b) Order [D.I. 57; 6/10/19]

    Objection Deadline:    June 6, 2019 at 4:00 p.m. (ET)

    Objections/Responses:

    c) Informal Response from the Office of the United States Trustee

    Status:    An order has been entered by the Court. No hearing is necessary.

**UNCONTESTED MATTER GOING FORWARD**

8. Confirmation of Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation and Approval of Related Disclosure Statement [D.I. 8 & 9; 5/8/19]

    Related Pleadings:

    a) Debtor's Motion for Entry of an Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Chapter 11 Plan of Reorganization; (II) Approving Procedures for Objecting to Disclosure Statement and Chapter 11 Plan of Reorganization; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, Non-Voting Status, and Objection Deadlines; (IV) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports; and (VI) Granting Related Relief [D.I. 7; 5/8/19]

    b) Disclosure Statement for the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation [D.I. 9; 5/8/19]

    c) Declaration of Joseph Arena on Behalf of Epiq Corporate Restructuring, LLC Regarding Service of Solicitation Package and Voting and Tabulation of Ballot Cast on the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation [D.I. 10; 5/8/19]

    d)    Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Chapter 11 Plan of Reorganization; (II) Approving Procedures for Objecting to Disclosure Statement and Chapter 11 Plan of Reorganization; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, Non-Voting Status, and Objection Deadlines; (IV) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports; and (VI) Granting Related Relief [D.I. 27; 5/9/19]

    e)    Notice of (I) Commencement of Chapter 11 Case, (II) Combined Hearing o (A) Disclosure Statement and (B) Confirmation of the Chapter 11 Plan or Reorganization, and (III) Procedures for Objecting to the Disclosure Statement and Chapter 11 Plan of Reorganization, Including the Proposed Procedures for the Assumption of Executory Contracts and Unexpired Leases -and- Notice of Non-Voting Status [D.I. 32; 5/9/19]

    f)    Notice of Filing of Supplement to the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation [D.I. 45; 5/31/19]

    g)    Notice of Filing of Exhibit D to Supplement to the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation [D.I. 47; 6/6/19]

    h)    Notice of Filing of Proposed Confirmation Order [D.I. 65; 6/12/19]

    i)    Declaration of Ryan D. McGee in Support of Order (I) Approving (A) the Adequacy of the Disclosure Statement and (B) the Prepetition Solicitation Procedures and (II) Confirming the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation [D.I. 66; 6/12/19]

    j)    Memorandum of Law in Support of Order (I) Approving (A) the Adequacy of the Disclosure Statement and (B) the Prepetition Solicitation Procedures and (II) Confirming the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation [D.I. 67; 6/12/19]

Objection Deadline:    June 7, 2019 at 4:00 p.m. (ET) [Extended to June 9, 2019 at 12:00 p.m. (ET) for Gordian Triangle Holdings, LLC]

Objections/Responses:

    k)    Objection of Cleveland Independent School District [D.I. 55; 6/7/19]

| | |
|---|---|
| l) | Notice of Withdrawal of Objection of Cleveland Independent School District [D.I. 63; 6/11/19] |
| m) | Informal Comments from the Office of the United States Trustee |
| n) | Informal Comments from the United States Attorney's Office |
| o) | Informal Comments from the U.S. Securities and Exchange Commission |
| p) | Informal Comments from Gordian Triangle Holdings, LLC |

Status:   Item (k) has been withdrawn.  The Debtor has resolved all informal comments received with respect to confirmation, and the proposed form of order reflects agreements reached with the parties identified above.  This matter will go forward on an uncontested basis.

Dated:  June 12, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

- and-

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Kelley A. Cornish
Alexander Woolverton
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel to the Debtor and Debtor in Possession*