**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIANGLE PETROLEUM CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-11025 (MFW)<br><br>Ref. Docket Nos. 8, 9 & 71 |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING CHAPTER 11 PLAN OF REORGANIZATION OF TRIANGLE PETROLEUM CORPORATION AND APPROVING DISCLOSURE STATEMENT WITH RESPECT THERETO; (II) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; AND (III) PROFESSIONAL CLAIMS BAR DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE** that, on June 14, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 71] (the "Confirmation Order") approving the *Disclosure Statement for the Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation* (as the same may have been modified, supplemented, and amended, the "Disclosure Statement") [Docket No. 9], a copy of which is attached to the Confirmation Order as Exhibit A, and confirming the *Chapter 11 Plan of Reorganization of Triangle Petroleum Corporation* [Docket No. 8] (as modified, amended, and including all supplements and exhibits thereto, the "Plan"),[2] a copy of which is attached to the Confirmation Order as Exhibit B, of the above-captioned debtor and debtor in possession (the "Debtor").

     **PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on June 21, 2019.

     **PLEASE TAKE FURTHER NOTICE** that, in accordance with Article II.A(i) of the Plan, all final applications for Professional Fee Claims for services rendered or reimbursement of costs, expenses or other charges incurred by Professionals after the Petition Date and prior to and including the Effective Date shall be filed with the Bankruptcy Court and served on the Reorganized Debtor, counsel to the Reorganized Debtor, and such other Entities who are designated by the Bankruptcy Rules and the Confirmation Order **no later than July 22, 2019** (the "Professional Claims Bar Date"). Any Holder of a Professional Fee Claim that does not file

---

[1]     The last four digits of the Debtor's taxpayer identification number are 0762. The Debtor's mailing address is 100 Fillmore Street, 5th Floor, Denver, Colorado 80206.

[2]     Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

and serve such application by the Professional Claims Bar Date shall be forever barred from asserting such Professional Fee Claim against the Debtor, the Reorganized Debtor, or their respective properties, and such Professional Fee Claim shall be deemed discharged as of the Effective Date.  Objections to any final applications for Professional Fee Claims must be filed and served on the Reorganized Debtor, counsel to the Reorganized Debtor, and the applicable Professional no later than **twenty-one (21) days after the filing of such final fee application with respect to such Professional Fee Claim**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order may be obtained free of charge on the case website (the "Case Website") maintained by the Debtor's voting agent, Epiq Corporate Restructuring, LLC (the "Voting Agent") at https://dm.epiq11.com/Triangle, or by written request to the Voting Agent via first class or overnight mail to Epiq Corporate Restructuring, LLC, Re: Triangle Petroleum Corporation, 10300 SW Allen Blvd., Beaverton, OR 97005.  The Confirmation Order is also on file with the clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, where it is available for review between the hours of 8:00 a.m. to 4:00 p.m. (Eastern Time) and are available on the Bankruptcy Court's website at www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions set forth in Article X of the Plan, as modified by the Confirmation Order.**

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtor, the Reorganized Debtor, and any Holder of a Claim or an Equity Interest and such Holder's respective predecessors, successors, and assigns, whether or not the Claim or the Equity Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan or had an opportunity to vote to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.**

Dated:  June 21, 2019              YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

- and-

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Kelley A. Cornish
Alexander Woolverton
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel to the Debtor and
Debtor in Possession*